JS-6

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Innovative Sports Management, Inc., | CASE NO. 2:12-cv-08528-MFW-PLA |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS EDUARDO ENRIQUE RODRIGUEZ, individually and d/b/a BALCONES DEL PERU A/K/A LOS BALCONES DEL PERU, and SAN CARLOS ENTERPRISES, INC., an unknown business entity d/b/a BALCONES DEL PERU A/K/A LOS BALCONES DEL PERU |
| vs. | |
| Eduardo Enrique Rodriguez, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendants EDUARDO ENRIQUE RODRIGUEZ, individually and d/b/a BALCONES DEL PERU A/K/A LOS BALCONES DEL PERU, and SAN CARLOS ENTERPRISES, INC., an unknown business entity d/b/a BALCONES DEL PERU A/K/A LOS BALCONES DEL PERU, that the above-entitled action is hereby dismissed **without prejudice** against EDUARDO ENRIQUE RODRIGUEZ, individually and d/b/a BALCONES DEL PERU A/K/A LOS BALCONES DEL PERU, and SAN CARLOS ENTERPRISES, INC., an unknown business entity d/b/a BALCONES DEL PERU A/K/A LOS BALCONES DEL PERU, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 22, 2014, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____  Dated: February 26, 2013
**The Honorable Michael F. Fitzgerald**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 18, 2013, I served:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS EDUARDO ENRIQUE RODRIGUEZ, individually and d/b/a BALCONES DEL PERU A/K/A LOS BALCONES DEL PERU, and SAN CARLOS ENTERPRISES, INC., an unknown business entity d/b/a BALCONES DEL PERU A/K/A LOS BALCONES DEL PERU**

On all parties in said cause by emailing same to the Defendants' counsel at the following e-mail addresses:

Mr. Cary M. Johnson, Esquire              (Attorneys for Defendants)
**LAW OFFICES OF CARY M. JOHNSON**
535 S. Curson Avenue, Suite 7M
Los Angeles, CA 90036
e-mail: cj@cjesq.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 18, 2013, at South Pasadena, California.

Dated: February 18, 2013                *s/ Maria Baird*
                                        MARIA BAIRD

///

///